IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLETCHER SMITH,

    Petitioner,

v.                                           4:19cv472–WS/MAF

SECRETARY, FLORIDA DEPT.
OF CORRECTIONS,

    Respondent.

_____

ORDER DENYING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

    Before the court is the magistrate judge's report and recommendation (ECF No. 13) docketed May 21, 2020. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DENIED. Petitioner has filed objections (ECF No. 14) to the magistrate judge's report and recommendation, and those objections have been carefully reviewed by the undersigned.

    Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed

to show that he is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 13) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this     23rd     day of    June   , 2020.


              s/ William Stafford
              WILLIAM STAFFORD
              SENIOR UNITED STATES DISTRICT JUDGE.